**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **WELLS FARGO BANK, N.A.** *et al.*, <br><br> Defendant(s). | **Case No.: 12-CV-4465 YGR** <br><br> **ORDER VACATING HEARING** |

The court has reviewed the papers submitted by the parties in connection with Motion to Dismiss filed by Defendant Wells Fargo Bank, N.A., and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for November 13, 2012 is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: November 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**