**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **WELLS FARGO BANK, N.A.** *et al.*, <br><br> Defendants. | Case No.: 12-CV-04465 YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from December 10, 2012 to **Monday, February 11, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in Courtroom 5.

**IT IS SO ORDERED.**

Date: December 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**