United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLETHWAITE,** *et al.*, <br> Plaintiffs, <br> v. <br> **WELLS FARGO BANK, N.A.,** *et al.*, <br> Defendants. | Case No.: 12-CV-4465 YGR <br><br> **ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO RELATE CASE** |

The administrative motion of Defendant Wells Fargo Bank, N.A. to relate the above-captioned case to Civil Case Number 11-cv-4563-PJH is hereby **DENIED**. Defendant filed its administrative motion to relate in the docket of the above-captioned case, but this Court's Civil Local Rule 3-12 requires such motions to be filed in the docket of the earliest-filed case, regardless of whether that case is closed. *See* Civ. L.R. 3-12(b) (requiring party to file motion to relate in the docket of the earliest-filed case "which is *or was* pending" (emphasis added)).

This denial is without prejudice to Defendant's refiling its motion in conformity with the applicable Local Rules.

This Order terminates Docket No. 38.

**IT IS SO ORDERED**.

Dated: July 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**