**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    PAMELA POSTLEWAITE,

8              Plaintiff,                    No. C 11-4563 PJH

9         v.                                 **ORDER DENYING MOTION TO
                                             RELATE CASES**
10   WELLS FARGO, et al.,

11             Defendants.
     _____/
12

          Defendant Wells Fargo Bank, N.A. ("Wells Fargo") has filed a motion to relate
13
     Postlewaite v. Wells Fargo Bank, C-12-4465, to the above-entitled action.
14
          Under Civil Local Rule 3-12, a action is related to another when
15
          (1)  The actions concern substantially the same parties, property, transaction
16        or event; and

17        (2)  It appears likely that there will be an unduly burdensome duplication of
          labor and expense or conflicting results if the cases are conducted before
18        different Judges.

19   Civ. L.R. 3-12(a).

20        The motion is DENIED.  While the two actions do concern substantially the same

21   parties, property, transaction or event, the court finds that there will not be an unduly

22   burdensome duplication of labor and expense or conflicting results if the cases are not

23   related.  Case No. C-11-4563 was dismissed in June 2012 for failure to prosecute.

24   Although Wells Fargo filed a motion to dismiss, and the court found that the complaint

25   failed to state a claim, the claims against Wells Fargo were dismissed because the

26   complaint had been filed by only one of the alleged property-owners, who subsequently

27   also failed to prosecute.

28        By contrast, the complaint in Case No. C-12-4465 was filed by both of the former

**United States District Court**
For the Northern District of California

1 | property owners, and the plaintiffs assert different causes of action than the single plaintiff

2 | did in Case No. C-11-4563. The assigned district judge has ruled on two motions to

3 | dismiss, granting one with leave to amend, and denying the other because of the existence

4 | disputed factual issues. Not only is there no risk of duplication or effort or conflicting results

5 | if the cases are not related, it is relating the cases that would likely lead to duplication of

6 | effort.

7 | In addition, the court notes that Wells Fargo failed to "promptly" file its administrative

8 | motion to relate cases. See Civ. L.R. 3-12(b). Wells Fargo removed this case on August

9 | 24, 2012, yet waited until July 23, 2013 to file its motion to relate cases, after the assigned

10 | district judge had already ruled on the motions noted above.

11

12 | **IT IS SO ORDERED.**

13 | Dated: August 19, 2013

14 | _____

15 | PHYLLIS J. HAMILTON
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28