**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE**, *et al.*, <br> **Plaintiffs,** <br> v. <br> **WELLS FARGO BANK, N.A.**, *et al.*, <br> **Defendants.** | **Case No.: 12-CV-4465 YGR** <br><br> **ORDER TO SHOW CAUSE RE: SANCTIONS** |

**TO PLAINTIFFS AND COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to appear at the case management conference held on the Court's 2:00 pm calendar on October 21, 2013.

A hearing on this Order to Show Cause will be held on **Friday, November 8, 2013**, on the Court's 9:01 am Calendar, in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California. At least 5 days before the OSC hearing, Plaintiffs' counsel shall file a written response to this Order to Show Cause, if he contests it. Failure to file a written response will be deemed an admission that no good cause exists for his failure to appear and that the imposition of monetary sanctions is appropriate. With respect to the hearing, neither a special appearance nor a telephonic appearance will be permitted.

**IT IS SO ORDERED.**

Date: October 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**