**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE; PAMELA POSTLEWAITE,**<br><br>            **Plaintiffs,**<br><br>        v.<br><br>**WELLS FARGO BANK, N.A.; NDEX WEST, LLC,**<br><br>            **Defendants.** | **Case No.: 12-CV-4465 YGR**<br><br>**SCHEDULING ORDER** |

Pending before the Court is the motion of Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells"), seeking judgment on the pleadings. (Dkt. No. 67 ("Motion").) Wells's Motion is set for hearing on March 11, 2014, notwithstanding the other dates in this action having been vacated in deference to Plaintiffs' health. (*See* Dkt. No. 72.) The briefing on the Motion was completed on January 30, 2014. (*See* Dkt. No. 73.)

On January 31, 2014, Defendant NDeX West, L.L.C. ("NDeX") filed a document styled as a joinder to Wells's Motion. (Dkt. No. 74 ("Joinder").) The Joinder does not, however, merely join Wells's Motion. It presents argument, to which Plaintiffs are entitled to respond. Accordingly, the Court construes the Joinder as a motion. Consistent with Civil Local Rule 7-3, Plaintiffs may file any opposition or statement of non-opposition on or before **February 18, 2014**. Defendant NDex

1  may file any reply to an opposition on or before **February 25, 2014**.  The hearing on NDeX's
2  Joinder is set for the Court's 2:00 p.m. Calendar on **March 11, 2014**, in Courtroom 5 of the United
3  States Courthouse located at 1301 Clay Street in Oakland, California.

4      **IT IS SO ORDERED**.

6  Date: February 4, 2014

                                       **YVONNE GONZALEZ ROGERS**
7                                         **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California