**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE and PAMELA POSTLEWAITE,**<br><br>      **Plaintiffs,**<br><br>      v.<br><br>**WELLS FARGO BANK N.A., NDEX WEST, LLC,**<br><br>      **Defendants.** | **Case No.: 12-CV-04465 YGR**<br><br>**ORDER:**<br><br>**1) CONTINUING HEARING ON MOTIONS;**<br>**2) DENYING AS MOOT MOTION TO APPEAR BY TELEPHONE; AND**<br>**3) ADVANCING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the hearings on the motion for judgment on the pleadings of Defendant Wells Fargo Bank N.A. (Dkt. No. 67) and the putative "joinder" to that motion filed by Defendant NDeX West, LLC (Dkt. No. 75) from March 11, 2014, to the Court's 2:00 p.m. Calendar on **Monday, June 10, 2014,** in Courtroom **1** of the United States Courthouse located at 1301 Clay Street in Oakland, California.[1]

The Court **DENIES AS MOOT** the motion of NDex West, LLC, to appear by telephone at the now-continued March 11 hearing. (Dkt. No. 76.)

The Court **ADVANCES** the Case Management Conference currently set for April 28, 2014 to the Court's 2:00 p.m. Calendar on **Monday, March 10, 2014,** in Courtroom **5**. Telephonic appearances are not permitted.

---

[1] Note the change of courtroom.

This Order terminates Docket No. 76.

**IT IS SO ORDERED**.

Date: March 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**