# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYN POSTLEWAITE and PAMELA POSTLEWAITE,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**WELLS FARGO BANK N.A., NDEX WEST, LLC,**<br><br>    Defendants. | **Case No.: 12-CV-4465 YGR**<br><br>**ORDER:**<br><br>1) **REFERRING TO MAGISTRATE JUDGE FOR MANDATORY SETTLEMENT CONFERENCE; AND**<br>2) **SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Maria-Elena James to conduct a mandatory settlement conference no later than **Friday, May 16, 2014**.

Plaintiff Pamela Postlewaite shall attend the mandatory settlement conference in person.

Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

The parties will be advised of the date, time, and place of the settlement conference by notice from Magistrate Judge James.

The Court **SETS** a further Case Management Conference on the Court's 2:00 p.m. Calendar on **Monday, June 16, 2014,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Pursuant to paragraph 6 of the undersigned judge's Standing Order in Civil Cases, the parties must file an updated joint case management statement at least seven days prior to the Case Management Conference.

**IT IS SO ORDERED**.

Date: March 14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Assigned M/J