**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE and PAMELA POSTLEWAITE,**<br><br>            **Plaintiffs,**<br><br>     v.<br><br>**WELLS FARGO BANK N.A., NDEX WEST, LLC,**<br><br>            **Defendants.** | Case No.: 12-CV-4465 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT MOTIONS FOR TELEPHONIC APPEARANCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from June 16, 2014 to the Court's 2:00 p.m. Calendar on **Monday, August 11, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Defendants' pending motions for telephonic appearances at the June 16 case management conference (Dkt. Nos. 85, 86) are **DENIED AS MOOT**.

This Order terminates Dkt. Nos. 85 and 86.

**IT IS SO ORDERED**.

Date: June 9 , 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**