**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE and PAMELA POSTLEWAITE,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**WELLS FARGO BANK N.A., NDEX WEST, LLC,**<br><br>    **Defendants.** | Case No.: 12-CV-4465 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT MOTIONS FOR TELEPHONIC APPEARANCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter, set for **August 11, 2014**, is **VACATED,** to be reset if necessary following the Court's ruling on defendants' pending motion for judgment on the pleadings (Dkt. No. 67).

Defendants' pending motions for telephonic appearances at the August 11 case management conference (Dkt. Nos. 89, 91) are **DENIED AS MOOT**.

This Order terminates Dkt. Nos. 89 and 91.

**IT IS SO ORDERED**.

Date: August 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**