**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARILYN POSTLEWAITE** and **PAMELA POSTLEWAITE,**<br><br>      Plaintiffs,<br><br>    v.<br><br>**WELLS FARGO BANK N.A., NDEX WEST, LLC,**<br><br>      Defendants. | Case No.: 12-CV-4465 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT MOTIONS FOR TELEPHONIC APPEARANCE** |

The Case Management Conference in this matter is **CONTINUED** from November 3, 2014 to the Court's 2:00 p.m. Calendar on Monday, **February 9, 2015** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Defendants' pending motions for telephonic appearances at the November 3, 2014 case management conference (Dkt. Nos. 98, 99) are **DENIED AS MOOT**.

This Order terminates Dkt. Nos. 98 and 99.

**IT IS SO ORDERED**.

Date: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**