UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYN POSTLEWAITE, ET AL.,**<br><br>            Plaintiffs,<br><br>       v.<br><br>**WELLS FARGO BANK, N.A., ET AL.,**<br><br>            Defendants. | Case No.  12-cv-04465-YGR<br><br>**ORDER SETTING CASE SCHEDULE AND TRIAL DATE**<br><br>Re: Dkt. No. 101 |

The Court has reviewed the parties' updated Case Management Conference Statement (Dkt. No. 101) and is generally satisfied that the case is proceeding as scheduled. Accordingly, the Court adopts the following stipulated scheduling proposal of the parties (as modified by the Court in bold):

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | March 31, 2015 |
| Disclosure of Experts (Retained/Non-Retained): Opening | April 3, 2015 |
| Disclosure of Experts: Rebuttal | April 10, 2015 |
| Expert Discovery Cutoff | April 30, 2015 |
| Hearing Deadline for Dispositive Motions | June 19, 2015 |
| Compliance Hearing | **July 23, 2015** |
| Joint Pretrial Conference Statement Due | **July 31, 2015** |
| Pretrial Conference | **August 14, 2015 at 9 a.m.** |
| Start of Trial (estimated 3-4 days) | August 24, 2015 **at 8:30 a.m.** |

**IT IS SO ORDERED.**

Dated: October 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**