UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARILYN POSTLEWAITE, ET AL.,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., ET AL.,

Defendants.

Case No.  12-cv-04465-YGR

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

        In light of the pending motions to dismiss and the planned deposition of Jonathan Fried (*see* Dkt. No. 124), the Case Management Conference in this matter is CONTINUED from February 9, 2015 to the Court's 2:00 p.m. Calendar on Monday, **March 30, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

        IT IS SO ORDERED.

Dated: February 3, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE