UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYN POSTLEWAITE, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO BANK, N.A., ET AL.,**<br><br>Defendants. | Case No.  12-cv-04465-YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 119, 123, 132, 133, 134 |

On January 27, 2015, the Court issued an Order to Show Cause, outlining the history of plaintiffs' failure to prosecute this action and directing Plaintiff Pamela Postlewaite to appear personally at a hearing on April 7, 2015.  (Dkt. No. 134.)  She did not appear at the appointed time, ostensibly for a medical reason.  In its January 27, 2015 Order, the Court warned plaintiff that her failure to appear would result in dismissal of this action.  For the reasons stated on the record at the April 7, 2015 hearing, the Court hereby rules as follows:

- The motion to withdraw filed by plaintiffs' counsel (Dkt. No. 133) is **GRANTED**.
- Pursuant to Federal Rule of Civil Procedure 41, this action is hereby **DISMISSED WITH PREJUDICE**.
- The pending motions to dismiss (Dkt. Nos. 119, 123) and to amend the scheduling order (Dkt. No. 132) are therefore **DENIED AS MOOT**.

This Order terminates Docket Numbers 119, 123, 132, and 133.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**